**No. 63734.**—Norman G. Jensen, Inc. *v.* United States, protest 238708–K. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

**No. 63735.**—Frank P. Dow Co., Inc. *v.* United States, protest 58/18097 (Portland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 63736.**—W. J. Bush & Co., Inc., et al. *v.* United States, protests 146681–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that involved in *Dalton Cooper, Inc., et al.* v. *United States* (41 Cust. Ct. 271, C.D. 2051), the merchandise was held dutiable as follows: (1) The items marked "A" at 1¼ cents per pound under the provision in paragraph 48, as modified by T.D. 51802, for lime juice, unfit for beverage purposes, and the items marked "B" at 2½ cents per pound under said paragraph, as modified by the trade agreement with Mexico (T.D. 50797).

DONLON, J., dissented for the reasons set forth in her dissenting opinion in C.D. 2051, *supra.*

JANUARY 20, 1960

**No. 63737.**—SUIT 4972.—Aris Gloves, Inc. *v.* United States.— (Appeal dismissed December 1, 1959.)